**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRIDGETT STANDRIDGE                                                                                          PLAINTIFF

v.                                                    No. 4:16CV00225 JLH

ARKANSAS DEPARTMENT OF
CHILDREN AND FAMILY SERVICES;
and TERESA BUNCHE                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 21st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE